**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| ALBERT ARTHUR ROMERO, JR., ) | NO. CV 17-08459-AS |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| NANCY A. BERRYHILL, ) Acting Commissioner of Social ) Security, ) | |
| Defendant. ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

DATED: November 30, 2018.

/s/
_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE